UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 6:08-CR-110-ORL-19DAB

LUIS O. PEREZ

ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 261, filed June 18, 2008) and no objection thereto having been filed, it is **ORDERED:**

1. The Report and Recommendation of the United States Magistrate Judge (Doc. No. 261) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2. Defendant Luis O. Perez has entered a plea of guilty to Count Ten of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count Ten of the Indictment.

3. Ruling on acceptance of the Plea Agreement (Doc. No. 220, filed June 17, 2008) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this   8th   day of July, 2008.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney
Attorney for Defendant

United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy